IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| QUINCY BIOSCIENCE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>QUALITY OTC, SUPER SUPREME SAVINGS, and DOES 1-5<br><br>  Defendants. | Case No. 3:18-cv-00407<br><br>Hon. William M. Conley |

## DECLARATION OF DAKOTA J. MILLER

1. My name is Dakota J. Miller. I am the Director of Sales and Marketing at Quincy Bioscience, LLC. I am also the Director of Loss Control Investigations.

2. I have first-hand knowledge of the facts set forth herein, or have learned these facts first hand, and if called and sworn as a witness, I could and would testify competently and from personal knowledge as to these facts.

3. Quincy is the manufacturer of Prevagen® brand dietary supplements. As part of my investigations of Prevagen® product diversion (e.g., theft), counterfeiting, and infringements of the Prevagen® trademark, I regularly order Prevagen® products from unauthorized online sellers, or ask employees to place such orders using delivery addresses other than Quincy's offices.

4. On or about April 2018 I instructed Mr. Ryan Liebl, a Quincy employee, to place an order for Prevagen® products from a seller on Amazon.com named "Super Supreme Savings." Exhibit A is a true and correct copy of the front of the package Mr. Liebl received from Super

Supreme Savings, redacted to not disclose Mr. Liebl's home address. It shows Super Supreme Savings" address as 3935 Washington Rd. Unit 1202, McMurray PA 15317-7618.

5. On or about May 2018 I instructed Mr. Liebl to place an order for Prevagen® products from a seller on Amazon.com named "Quality OTC." Exhibit B is a true and correct picture of the package Mr. Liebl received from Quality OTC, redacted to not disclose Mr. Liebl's address. It shows Quality OTC's address as 3935 Washington Rd. Unit 1202, McMurray PA 15317-7618, the same as listed on the package of Super Supreme Savings.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Madison, WI on August 24, 2018.

By: _____
Dakota J. Miller